**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| The Construction Industry Retirement )<br>Fund of Rockford, Illinois, )<br>)<br>      *Plaintiff*, )<br>)<br>  v. )<br>)<br>Industrial Services Group, Inc., )<br>)<br>      *Defendant*. ) | Case No. 20 CV 50123<br><br>Magistrate Judge Lisa A. Jensen |

## ORDER

    For the reasons stated below, it is this Court's report and recommendation that Plaintiff's motion for default judgment [28] be granted and that judgment be entered in favor of Plaintiff and against Defendant Industrial Services Group, Inc. in the amount of $8,276.80. Any objection to this report and recommendation must be filed by December 3, 2020. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Defendant at the address where its registered agent was served. *See* Dkt. 8.

## STATEMENT

    Before the Court is Plaintiff the Construction Industry Retirement Fund of Rockford, Illinois' motion for default judgment against Defendant Industrial Services Group, Inc. Dkt. 28. Plaintiff filed the complaint in this case on April 8, 2020 pursuant to the Labor-Management Relations Act, 29 U.S.C. § 185(a) and the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132, alleging Defendant failed to make timely reports and pay contributions on behalf of its employees. Dkt. 1. This Court has jurisdiction over the subject matter of this case and the parties. Venue is also proper in this District.

    Plaintiff served Defendant through its registered agent on April 15, 2020. Dkt. 8.[1] Due to several extensions of civil deadlines pursuant to General Order 20-0012, as amended, this Court ordered Defendant to answer or otherwise respond to the complaint by July 22, 2020. Dkt. 16. To date, Defendant has not appeared or answered.

    On July 27, 2020, Plaintiff filed a motion for entry of default and turnover order against Defendant. Defendant was ordered to respond to the motion by August 4, 2020. After receiving no response, on August 11, 2020, the court granted Plaintiff's motion and an order of default was

---

[1] According to the Iowa Secretary of State's website, Defendant's registered agent, Scott Moeller, is also Defendant's President and Secretary.

entered against Defendant. Dkt. 22. Defendant, an Iowa corporation, is not a minor, an incompetent person, or in active military service. By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's complaint. In count I, Defendant is hereby found liable to Plaintiff for unpaid contributions, fees, and liquidated damages between July 2018 and April 2019, along with reasonable attorney's fees and costs.

Plaintiff now seeks a default judgment against Defendant in the amount of $8,276.80. Plaintiff mailed a copy of the motion to Defendant's registered agent by regular and certified mail on October 26, 2020. A copy of the return receipt evidencing delivery has been filed on the docket. Dkt. 30. The Court held a hearing on Plaintiff's motion on November 19, 2020. Defendant failed to appear at the hearing and has not responded to Plaintiff's motion.

Plaintiff alleges Defendant is liable for $6,132.80 in unpaid contributions, late fees, and liquidated damages that were accrued between July 2018 and April 2019 pursuant to the agreements Defendant signed requiring contributions to Plaintiff. The request is supported by an affidavit from Shelli McPeek, who oversees the collection of amounts owed to Plaintiff, who avers that Defendant is liable for $6,132.80 under the terms of those agreements. Dkt. 28, Ex. C. Considering the evidence presented, the Court finds Plaintiff is entitled to damages that include $6,132.80 in unpaid contributions, fees, and liquidated damages from July 2018 through April 2019.

Additionally, Plaintiff seeks $2,144 in attorney's fees and costs, which are recoverable under the terms of the agreements Defendant signed. Plaintiff's declaration regarding attorney's fees demonstrates that Plaintiff has incurred $1,656 in attorney's fees and $488 in costs in pursuing this case. Dkt. 28, Ex. D. The Court finds the attorney's fees and costs are reasonable and Plaintiff is entitled to an award of fees and costs totaling $2,144.

Based upon the evidence presented, it is this Court's report and recommendation that Plaintiff's motion for default judgment be granted and that judgment be entered in favor of Plaintiff and against Defendant in the amount of $8,276.80, consisting of $6,132.80 in unpaid contributions, fees, and liquidated damages and $2,144 in attorneys' fees and costs. Any objection to this report and recommendation must be filed by December 3, 2020. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

Date: November 19, 2020  By:  *Lisa A. J.*
Lisa A. Jensen
United States Magistrate Judge